**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

This is to certify that a copy of the Trustee's Final Report has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on:  11/22/2013     By /s/Heather M. Fagan